IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELBERT LEE VAUGHT, IV, | No. 2:09-cv-03422-MCE-CKD-P |
| Plaintiff, | |
| v. | ORDER |
| D. CLARK, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 17, 2012, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 17, 2012 (ECF No. 37), are ADOPTED in full.

2. The motion to dismiss (ECF No. 18) is GRANTED in part and DENIED in part:

    a. The motion is GRANTED as to all claims for deprivation of outdoor exercise during the lockdown of July 29 to September 10, 2009.

    b. The motion is GRANTED as to all claims for injunctive relief.

    c. The motion is DENIED as to plaintiff's claims for deprivation of outdoor exercise during the lockdown of September 17 to October 21, 2009, and the lockdown that began October 24, 2009 and lasted until at least December 9, 2009. The motion is DENIED without prejudice to defendants' right to re-assert qualified immunity after the close of discovery.

Dated: March 29, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE