IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELBERT LEE VAUGHT, IV,

        Plaintiff,                        No. CIV S-09-3422 MCE CKD P

    vs.

D. CLARK, et al.,

        Defendants.             ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with an action under 42 U.S.C. Section 1983. On March 29, 2012, the district judge assigned to this case adopted the magistrate judge's findings and recommendations in full and partially denied defendants' motion to dismiss. Therefore, defendants shall file a responsive pleading to plaintiff's remaining claims within fourteen days of the filed date of this order.

        Accordingly, IT IS HEREBY ORDERED that defendants have fourteen days from the entry of this order in which to file a responsive pleading.

Dated: April 13, 2012

                                                CAROLYN K. DELANEY
                                                UNITED STATES MAGISTRATE JUDGE

3/vaug3422.ord