IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELBERT LEE VAUGHT, IV,

    Plaintiff,                               No.  2:09-cv-3422 MCE CKD P

    vs.

D. CLARK, et al.,

    Defendants.           ORDER

_____/

       Plaintiff, a state prisoner, proceeds pro se with this civil rights action filed pursuant to 42 U.S.C. § 1983.  Defendants' motion for summary judgment is pending.  (Dkt. No. 54.)  Plaintiff has requested that this action be dismissed.  (Dkt. No. 55.)

       Accordingly, IT IS HEREBY ORDERED that defendants notify this court, within seven days, whether they have any objection to the dismissal of this action pursuant to plaintiff's request.  Should defendants fail to respond, plaintiff's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: December 13, 2012

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
vaug3422.59a