IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELBERT LEE VAUGHT, IV,

        Plaintiff,                      No.  2:09-cv-3422 MCE CKD P

    vs.

D. CLARK, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff, a state prisoner, proceeds pro se with this civil rights action filed pursuant to 42 U.S.C. § 1983.  On November 29, 2012, plaintiff requested that this action be dismissed.  Defendants have expressed no opposition to the dismissal of this action in accordance with plaintiff's request.

        In accordance with the above, IT IS HEREBY ORDERED THAT:

        1.    Plaintiff's motion to dismiss (Dkt. No. 55) is GRANTED; and

        2.    The clerk is directed to close this case.

Dated: December 18, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 - vaug3422.dismiss.F&R